### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**MICHAEL JORDAN**                                                      **PLAINTIFF**

**v.**                                                 **CIVIL NO. 1:25-cv-00276-HSO-BWR**

**CLAYTON FULKS, et al.**                                            **DEFENDANTS**

### <u>FINAL JUDGMENT</u>

In accordance with the Court's Order issued this date and incorporated herein by reference,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, Plaintiff Michael Jordan's claims arising under 42 U.S.C. §§ 1983, 1985, and 1986 are **DISMISSED WITH PREJUDICE** for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B)(ii).  The claims dismissed pursuant to *Heck* are dismissed with prejudice "until the *Heck* conditions are met."  *Johnson v. McElveen*, 101 F.3d 423, 424 (5th Cir. 1996).

**IT IS, FURTHER, ORDERED AND ADJUDGED** that, this dismissal counts as a "strike" under 28 U.S.C. § 1915(g).  Plaintiff is advised that, if he receives three strikes, "he may not proceed [*in forma pauperis*] in any civil action or appeal filed while he is incarcerated or detained in any facility unless he is under imminent danger of serious physical injury."  *Adongo v. Tex.*, 124 F. App'x 230, 232 (5th Cir. 2005) (per curiam) (citing 28 U.S.C. § 1915(g)).

**IT IS, FURTHER, ORDERED AND ADJUDGED** that, Plaintiff's Motion [15] to Amend Complaint is **DENIED**.

**SO ORDERED AND ADJUDGED**, this the 20th day of April, 2026.

*s/ Halil Suleyman Ozerden*

HALIL SULEYMAN OZERDEN
CHIEF UNITED STATES DISTRICT JUDGE